USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 29 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

SIKHS FOR JUSTICE, et al.,

Plaintiffs,

-v-

MANMOHAN SINGH,

Defendant.

---------------------------------------------------------------------X

13 Civ. 6858 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Under Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." The complaint in this action was filed on September 26, 2013, and the 120-day deadline for service therefore passed on January 24, 2014. No affidavit of service has yet been filed on ECF.

The Court hereby notifies Plaintiffs that if service is not effected on Defendant within 30 days, this action will be dismissed.

Dated: January 29, 2014
New York, New York

ALISON J. NATHAN
United States District Judge