USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 07 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIKHS FOR JUSTICE, et al.,

Plaintiffs,

-v-

MANMOHAN SINGH,

Defendant.

13 Civ. 6858 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Under Federal Rule of Civil Procedure 4(m),"[i]f a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

The complaint in this action was filed on September 26, 2013, and the 120-day deadline for service therefore passed on January 24, 2014. On January 29, 2014, the Court issued an order notifying the parties that if service was not effected on Defendant within 30 days, this case would be dismissed. Such time having passed without an affidavit of service being filed on ECF, this case is hereby dismissed and the Clerk is requested to terminate it.

SO ORDERED.

Dated: March 7, 2014
New York, New York

ALISON J. NATHAN
United States District Judge